

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00286-CV

**CITY OF SAN ANTONIO**, acting by through City Public Service Board (CPS Energy),
Appellant

v.

**TOMMY HARRAL CONSTRUCTION, INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 383269
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure, the petition for permission to appeal from an interlocutory order filed by the City of San Antonio, Acting by and through City Public Service Board, is **granted**. A notice of appeal is deemed to have been filed on the date of this order and the appeal will proceed as an accelerated appeal. *See* TEX. R. APP. P. 28.3(k).

The record is due **June 8, 2015**.

We order the clerk of this court to file a copy of this order with the District Clerk of Bexar County, Texas. *See id.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court